## 35472. THE STATE v. NELMS.

UNDERCOFLER, Presiding Justice.

Upon further consideration of this case, we conclude the certiorari was improvidently granted.

*Dismissed. Nichols, C. J., Hill, J., and Judge Charles L. Weltner, concur. Jordan, Bowles and Marshall, JJ., dissent.*

ARGUED NOVEMBER 14, 1979 — DECIDED DECEMBER 5, 1979.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellant.
*Jack Affleck,* for appellee.